STATE OF CONNECTICUT *v.* CHARLES COLEMAN

The defendant's petition for certification for appeal from the Appellate Court, 35 Conn. App. 279 (AC 12287), is denied.

*Bonnie L. Amendola,* special public defender, in support of the petition.

*Judith Rossi,* assistant state's attorney, in opposition.

Decided October 4, 1994

JOHANNA C. NEWMAN *v.* FRED M. NEWMAN

The minor children's petition for certification for appeal from the Appellate Court, 35 Conn. App. 449 (AC 13088), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that minor children, acting through counsel appointed pursuant to General Statutes § 46b-54 and not through a guardian ad litem or next friend, lack standing to appeal from a trial court's order regarding their support?"

The Supreme Court docket number is SC 15069.

*Sharon Wicks Dornfeld,* in support of the petition.

*Sheila K. Rosenstein,* in opposition.

Decided October 4, 1994